No. 10-7983. Jackie Richard Gregg, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.

562 U.S. 1231, 131 S. Ct. 1496, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1643.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 332.

No. 10-7991. Juka Holiday, Petitioner v. California.

562 U.S. 1231, 131 S. Ct. 1497, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1523.

February 22, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

No. 10-7993. Darryl Wayne Farris, Petitioner v. Stuart Ryan, Warden.

562 U.S. 1231, 131 S. Ct. 1497, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1555.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 396 Fed. Appx. 358.

No. 10-7994. Clarence Rozell Goode, Jr., Petitioner v. Oklahoma.

562 U.S. 1231, 131 S. Ct. 1497, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1525.

February 22, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

Same case below, 236 P.3d 671.

No. 10-7998. Samuel Roy Jackson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1231, 131 S. Ct. 1497, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1605.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 395 Fed. Appx. 142.

No. 10-7999. Sie Joe Lann, Petitioner v. United States District Court for the Southern District of Texas.

562 U.S. 1231, 131 S. Ct. 1557, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1696.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8000. Jessie Earl Mumphrey, Jr., Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1231, 131 S. Ct. 1497, 179 L. Ed. 2d 326, 2011 U.S. LEXIS 1698.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.